No. 45, Orig. WASHINGTON ET AL. *v.* GENERAL MOTORS CORP. ET AL. Motion of plaintiffs for leave to file supplemental brief after argument granted. [For earlier orders herein, see, *e. g.,* 402 U. S. 940.]

No. 71–492. LLOYD CORP., LTD. *v.* TANNER ET AL. C. A. 9th Cir. [Certiorari granted, 404 U. S. 1037.] Motions of Homart Development Co. and American Retail Federation for leave to file briefs as *amici curiae* granted. Motion of Homart Development Co. for leave to participate in oral argument as *amicus curiae* denied.

No. 71–506. UNITED STATES ET AL. *v.* MIDWEST VIDEO CORP. C. A. 8th Cir. [Certiorari granted, 404 U. S. 1014.] Motion of State of Illinois for leave to participate in oral argument as *amicus curiae* denied.

No. 71–1016. FEDERAL POWER COMMISSION *v.* LOUISIANA POWER & LIGHT CO. ET AL.; and
No. 71–1040. UNITED GAS PIPE LINE CO. ET AL. *v.* LOUISIANA POWER & LIGHT CO. ET AL. C. A. 5th Cir. [Certiorari granted, *ante,* p. 973.] Motions of Brooklyn Union Gas Co., Public Service Commission of State of New York, Columbia Gas Transmission Corp., and Pipeline Intervenors for leave to file briefs as *amici curiae* granted.

No. 71–5933. TANNER *v.* TWOMEY, WARDEN, ET AL. Motion for leave to file petition for writ of habeas corpus denied.

No. 71–5571. RODRIQUEZ *v.* CADY, WARDEN, ET AL. Motion for leave to file petition for writ of habeas corpus and other relief denied.

No. 71–5936. GAGLIE *v.* UNITED STATES DISTRICT COURT FOR CENTRAL DISTRICT OF CALIFORNIA. Motion for leave to file petition for writ of mandamus denied.